COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00312-CV

Style:      Theresa G. Stowers v. Texas Department of Public Safety

Date motion filed[*]:      November 10, 2014

Type of motions:      Unopposed Motion to Take Judicial Notice of the Clerk's Record

From *Hutcheson v. Texas Dep't of Public Safety*

Parties filing motions:      Appellee

Document to be filed:      N/A

Is appeal accelerated?      No

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due:

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑     Other: _____

The appellee's unopposed motion to take judicial notice of the clerk's record from *Hutcheson v. Texas Dep't of Public Safety* is granted because the Court shall take judicial notice of adjudicative facts if, as here, appellee supplied this Court with the necessary information — the certified copy of the clerk's record in Cause Number 13-06-00349-CV — attached to its motion. *See* TEX. R. EVID. 201(a), (b), (d).

Judge's signature: /s/ Laura Carter Higley
                     ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: November 25, 2015